# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-29509 |
| | ) | |
| Richard E. Wilson, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Jack B. Schmetterer |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on April 14, 2021, at 10:00 a.m. I will appear before the Honorable Judge Jack B. Schmetterer, or any judge sitting in that judge's place, and present Debtors' Motion to Modify Plan, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call into the hearing using the following information-Toll Free Number: 1-877-366-1839; Access Code: 3900709.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Movant(s): Richard E. Wilson
By: Michael R. Colter, II
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on March 23, 2021, before 5:30 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee
M.O. Marshall, Chapter 13 Trustee

*To the following persons or entities who have been served via U.S. Mail:*

Richard E. Wilson
P.O. Box 104
Worth, IL 60482

City of Chicago Department of Finance
c/o Arnold Scott Harris, P.C.
111 W. Jackson Blvd Ste. 600
Chicago, IL 60604

Automotive Credit Corporation
PO Box 2286
Southfield, MI 48037-2286

Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A.
PO Box 41067
Norfolk, VA 23541

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | 17-29509 |
| | ) | |
| **Richard E. Wilson,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge Jack B. Schmetterer |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Richard E. Wilson,** by and through his attorney, David M. Siegel & Associates, LLC, to present this Motion, and states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On October 2, 2017, Debtor filed a petition for relief under Chapter 13 of Title 11 USC.

3) Debtor's Plan was confirmed on November 22, 2017, with payments of $150.00 per month and general unsecured creditors receiving not less than 10% of their claims.

4) Debtor lost his job in September 2020 due to the COVID-19 pandemic. Debtor bagan working full-time for Fair Oaks Ford of Naperville in December 2020.

5) Debtor's income is now high enough to afford to resume making payments to the trustee as evidenced by the Amended Schedule I and J (Exhibit A).

6) Debtor seeks to modify his plan under 11 U.S.C. § 1329 to defer the current default and extend the length of the plan beyond 60 months as allowed by the C.A.R.E.S. Act.

7) Debtor seeks to modify his plan under 11 U.S.C. § 1329 and increase his plan payment to $160.00 per month.

8) The Debtor seeks this relief without the intent to defraud creditors.

WHEREFORE, the Debtor, **Richard E. Wilson**, prays that this Honorable Court enter an Order Modifying Debtor's Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor
